**FILED**
JUN - 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### UNITED STATES OF AMERICA

### V.

**SANTO ANUAR SANDOVAL**
**ELISA BARRERA**

## CRIMINAL COMPLAINT

Case Number: 1:11-m-423

I, Detective Howard Staha #784, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 3rd, 2011, in Austin, Travis County, in the Western District of Texas, defendant did commit the offense of,

Knowingly, Intentionally, and Unlawfully conspired, with persons known and unknown, to possess with intent to distribute an illegal controlled substance, to wit: Cocaine, schedule II in violation of Title 21 United States Code, Section 841(a)(1) and 846.

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:   [X] YES   ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 7th  2011                                          Austin, Travis County, Texas
_____        AT   _____
Date                                                    City and State

Andrew Austin, U.S. Magistrate Judge            _____
_____                Signature of Judicial Officer
Name and Title of Judicial Officer

AO 91 (Rev. 3/99) Criminal Complaint                                                                              AUSA Marshall

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On 06-03-2011, a cooperating defendant who was arrested for possession of Cocaine contacted Santos **SANDOVAL** for the purpose of buying nine of ounces of Cocaine. **SANDOVAL** agreed to sell nine ounces of Cocaine for $5,000. Surveillance was placed at **SANDOVAL'S** residence which is 1902 Prairie Knoll, duplex #B. Shortly after **SANDOVAL** agreed to sell the nine ounces, **SANDOVAL**, his girlfriend who was later identified as Elisa **BARRERA**, and two small children were seen leave the residence in a white 2004' Ford Pickup bearing BB49531. **SANDOVAL** called the cooperating defendant several times while he was en route to the meet location. When **SANDOVAL** arrived at meet location he was carrying a small box. **SANDOVAL** was taken into custody and nine ounces or 250 grams of Cocaine was seized in the box. Officers approached the Ford Pickup where Elisa **BARRERA** was the passenger and found her sitting on approximately 5 grams of cocaine. **BARRERA** was also taken into custody. As **BARRERA** was sitting in an undercover police unit she yelled out that the cocaine belonged to her and that **SANDOVAL** was delivering the drugs at her request.

Detective Severson conducted a preliminary test on the substance. The substance tested positive for cocaine.

Based on the above information, I believe probable cause exists to believe that **SANTOS SANDOVAL** and **ELISA BARRERA** have violated Title 21 U.S.C., Section 841(a)(1) and Section 846 in Austin, Travis County, Western Judicial District of Texas.